FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 03 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR 171 |
| | § | Judge Schell |
| LINDA GORDON | § | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## Count One

Violation: 8 U.S.C. § 1324 (a)(1)(A)(iii)
(Harboring Aliens)

On or about September 25, 2013, the defendant, **Linda Gordon**, knowing of the fact that an alien, AC, had come to, entered and remained in the United States in violation of law, did harbor AC at a location within the Eastern District of Texas.

In violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

JOHN M. BALES

UNITED STATES ATTORNEY

_____
J. ANDREW WILLIAMS
Assistant U.S. Attorney
101 East Park Boulevard, Suite 500
Plano, Texas 75074
Telephone: (972) 509-1201
Fax: (972) 509-1213
andy.williams@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR |
| | § | Judge |
| LINDA GORDON | § | |

## NOTICE OF PENALTY

### Count One

VIOLATION: 8 U.S.C. § 1324 (a)(1)(A)(iii)
(Harboring an Alien)

PENALTY: Imprisonment for not more than 5 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT: $100.00