| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 5/12/2015 | | | CASE NUMBER | 4:14cr171 | | | |
| LOCATION | Plano | | | USA | Andy Williams | | | Assigned |
| JUDGE | RICHARD SCHELL | | | VS | Andy Williams | | | Appeared |

DEPUTY CLERK  B Sanford
RPTR/ECRO  Denise Carrillo
TAPE #  B  E

LINDA GORDON
Defendant

USPO Sherry Smith, Roshonda Guest
INTERPRETER:
BEGIN 11:07 am / 12:19 pm
     2:06 pm / 2:18 pm

Matthew Orwig
Attorney

**SENTENCING**

X . . . . . .   Sentencing held

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | 1 year | | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |

The court conducts a Rule 44C hearing to inquire about joint representation.

The court adopts the facts as set forth in the presentence report.

The court will not accept the 11(C)(1)(c) plea agreement.

Mr. Orwig will confer with his client as to a withdraw of plea and notify the court.

Court resumes.  The Defendant will not withdraw plea, but will proceed forward with the understanding the Defendant will be sentenced to probation with home confinement.

The court will now accept the 11(C)(1)(c) plea agreement reached with the Government.

Ms. Gordon will forfeit $750,000.00.

Home detention for 180 days.

X . . . . . .   **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**              ☐ See reverse/attached for additional proceedings
          Adjourn